885 A.2d 981

**PENNSYLVANIA HUMAN RELATIONS COMMISSION, on Behalf of Godfrey STEVENS and Tannette Stevens Individually and on Behalf of their Minor Children, Appellant,**

v.

**LINCOLN CREST TRAILER PARK and Bruce Ingelius, Manager, Appellees.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2005, we hereby **QUASH** the appeal.

Mr. Justice Saylor respectfully dissents, since he would resolve the appeal on the merits as he believes that it is properly within this Court's jurisdiction, *inter alia,* because it was filed subsequent to the Commonwealth Court's entry of an order directing that the underlying action be marked as discontinued.